# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KEVIN BATES,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA'S
DISTRICT ATTORNEY'S OFFICE OF
PHILADELPHIA COUNTY, PA.,

        Respondent

:  No. 6 EM 2023

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.